# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY N. LEONARD, | Case No.: 2:18-cv-0853-APG-VCF |
| Petitioner, | **ORDER** |
| v. | [ECF Nos. 14, 15] |
| TIMOTHY FILSON, *et al.*, | |
| Respondents. | |

Petitioner Gregory Leonard filed an ex parte motion seeking permission for the Federal Public Defender for the District of Arizona to represent him in exhaustion proceedings (ECF No. 15) and a motion for leave to file that motion under seal (ECF No. 14). The ex parte motion includes information arguably protected by attorney-client privilege and the work product doctrine. Thus, I grant leave to file it under seal.

Good cause exists to permit Leonard's federally-appointed counsel to represent him in the successive state post-conviction proceeding in the Nevada courts. *See* 18 U.S.C. § 3599(e); *Harbison v. Bell*, 556 U.S. 180, 190 n.7 (2009). By granting Leonard's request, I do not purport to encourage, approve, or convey any position with respect to the merits of the proposed litigation. In addition, I reserve judgment as to whether I will stay these proceedings while Leonard pursues state court exhaustion.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

IT IS THEREFORE ORDERED that Leonard's motion for leave to file under seal (**ECF No. 14**) and ex parte motion for leave represent petitioner in exhaustion proceedings (**ECF No. 15**) **are GRANTED**. Federally-appointed counsel is authorized to represent Leonard in state court to exhaust his unexhausted federal claims.

Dated: January 10, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE