# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY N. LEONARD,<br><br>                              Petitioner,<br>     v.<br><br>TIMOTHY FILSON, *et al.*,<br><br>                             Respondents. | Case No. 2:18-cv-00853-APG-VCF<br><br>**ORDER**<br><br>(ECF Nos. 29, 30) |

The pending motions for withdrawal of counsel **(ECF Nos. 29, 30) are GRANTED**. The Clerk of Court is directed to make the appropriate changes to the docket.

Dated: July 29, 2019.

                                                                               _____
                                                                               ANDREW P. GORDON
                                                                               UNITED STATES DISTRICT JUDGE